2010–1813.   CRE JV Mixed Five OH 2 Branch Holdings L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–M–270.

2010–1839.   State ex rel. Wasinski v. Indus. Comm.
Franklin App. No. 09AP–875, 2010-Ohio-4511.

2010–1841.   State ex rel. George v. Indus. Comm.
Franklin App. No. 09AP–1099, 2010-Ohio-4320.
  The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2009–1763.   Vandalia–Butler City Schools Bd. of Edn. v. Montgomery Cty. Bd. of Revision.
Board of Tax Appeals, No. 2007–M–1022.

2009–1869.   State ex rel. Paneto v. Matos.
Franklin App. No. 08AP–926, 2009-Ohio-4845.

2009–2057.   N. Royalton City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2006–M–1421.

2010–0052.   Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, No. 2007–V–211.

2010–0115.   Willis Day Warehousing Co. v. Wood Cty. Bd. of Revision.
Board of Tax Appeals, Nos. 2006–M–1794 and 2007–M–868.

2010–0442.   Lowes Homes Ctrs. Inc. v. Wood Cty. Bd. of Revision.
Board of Tax Appeals, No. 2006–H–1136.

2010–1322.   Sheldon Road Assoc., L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2009–V–4083.

2010–1405.   State ex rel. Mackey v. Ohio Dept. of Edn.
Franklin App. No. 09AP–966, 2010-Ohio-3522.

2010–1579.   State ex rel. Fifth Third Mtge. Co. v. Russo.
Cuyahoga App. Nos. 94816, 94817, and 94818, 2010-Ohio-3734.